IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01813-PAB-BNB

LEICA GEOSYSTEMS, INC., a Delaware corporation,

Plaintiff,

v.

L.W.S. LEASING, INC., an Illinois corporation, and
L.W. SURVEY ENGINEERING & DESIGN CO., an Illinois corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Extend the Deadlines to Complete Expert Witness Discovery, File Dispositive Motions, and File Responses to Dispositive Motions** [docket no. 37, filed May 23, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED. The expert witness discovery cut-off is now on or before **June 3, 2011**. The dispositive motions deadline is extended to and including **June 21, 2011**, with responses now due on **July 19, 2011**.

DATED: May 23, 2011