IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01813-PAB-BNB

LEICA GEOSYSTEMS, INC., a Delaware corporation,

    Plaintiff,

v.

L.W.S. LEASING, INC., an Illinois corporation, and
L.W. SURVEY ENGINEERING & DESIGN CO., an Illinois corporation,

    Defendants.
_____

**ORDER REGARDING THE PARTIES'
OBJECTIONS TO DESIGNATIONS OF DEPOSITION TESTIMONY**
_____

This matter comes before the court on Plaintiff's Objections to Defendants' Designations of Deposition Testimony [Docket No. 80] and Defendants/Counter-Plaintiffs' Objections to Plaintiff's Designations of Deposition Testimony [Docket No. 101]. The Court has reviewed the parties' objections and responses thereto.

The Court rules as follows on plaintiff's objections [Docket No. 80]:

**Rule 30(b)(6) Deposition of U.S. Helicopter, Inc., Mark Fingerle, April 14, 2011**

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 75:19-77:2 | Lack of foundation, witness' opinions are not rationally based on the witness' perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.  Fed. R. Evid. 602, 701. | Sustained.  Lack of foundation. |

**Jeremy Hardy, April 20, 2011**

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 27:3-6 | Lack of foundation, witness' opinions are not rationally based on the witness' perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks. Fed. R. Evid. 602, 701. | Overruled. |
| 2 | 28:20-29:3 | Hearsay and lack of foundation. Witness offers Mr. Vargo's alleged statements for the truth of the matters asserted but admits he is not certain of his recollection. Fed. R. Evid. 602, 801(c), 802. | Sustained. Hearsay. |
| 3 | 30:3-16 | Hearsay and lack of foundation. Witness offers Ms. Howard's alleged statements for the truth of the matter asserted. Witness lacks the personal knowledge and expertise to define Ms. Howard's title. She is not a DER, but an administrative DER. Witness' opinions regarding STCs are not rationally based on the witness' perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks. Fed. R. Evid. 602, 701, 801(c), 802. | Overruled. Witness has personal knowledge of ballpark quote and Ms. Howard's position as he understood it. |
| 4 | 32:3-24 | Lack of foundation, witness' opinions are not rationally based on the witness' perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks. He is not qualified to opine on the subject of whether the FAA would sanction a modification shop under the proposed hypothetical. Fed. R. Evid. 602, 701. | Lines 3-19: Overruled.<br><br>Lines 20-24: Sustained. Lack of foundation. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 5 | 35:25-36:9 | Lack of foundation, witness' opinions are not rationally based on the witness' perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.  He is not qualified to opine on the subject of whether the FAA would "any type of laser that wasn't a law enforcement entity." Fed. R. Evid. 602, 701. | Overruled.  Witness was asked about his understanding. |
| 6 | 54:18-55:1 | Hearsay, witness offers Mr. Vargo's alleged statements for the truth of the matter asserted. Fed. R. Evid. 801(c), 802. | Sustained.  Hearsay. |
| 7 | 57:3-19 | Hearsay, witnesses offers Mr. Vargo's alleged statements for the truth of the matter asserted. Fed. R. Evid. 801(c), 802. | Lines 3-6: Overruled.<br><br>Lines 7-19: Sustained.  Hearsay |
| 8 | 59:18-61:6 | Hearsay, witness offers Mr. Vargo's alleged statements for the truth of the matter asserted.<br>Witness lacks foundation to testify as to who Mr. Vargo spoke to, if at all, and lacks foundation to describe Mr. Vargo's work experience.<br>Fed. R. Evid. 602, 801(c), 802. | 59:18-24: Sustained. Hearsay<br><br>59:25-60:5: Overruled<br><br>60:6-18: Sustained.  Lack of foundation.<br><br>60:19-23: Overruled.<br><br>60:24-61:6: Sustained.  Hearsay. |
| 9 | 62:15-19 | Hearsay and lack of foundation, witness offers Mr. Vargo's alleged statements for the truth of the matter asserted and lacks personal foundation to testify as to what Mr. Vargo was aware of.  Fed. R. Evid. 602, 801(c), 802. | Overruled to extent used to prove notice. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 10 | 64:7-15 | Hearsay, witness offers Mr. Vargo's alleged statements for the truth of the matter asserted. Fed. R. Evid. 801(c), 802. | Overruled. Not admissible for truth of matter asserted, but only for basis of witness' belief re STC. |
| 11 | 64:24-65:2 | Hearsay, witness offers Mr. Vargo's alleged statements for the truth of the matter asserted. Fed. R. Evid. 801(c), 802. | 64:24-65:1 (statements to Vargo): Overruled.<br><br>65:1-2: Overruled, but not admissible for truth of matter asserted. |
| 12 | 65:19-22 | Hearsay, witness offers Ms. Howard's alleged statements for the truth of the matter asserted. Fed. R. Evid. 801(c), 802. | Lines 19-21: Overruled.<br><br>Line 22: Overruled, but not admissible for truth of matter asserted. |
| 13 | 65:23-66:12 | Hearsay and lack of foundation. Witness offers Ms. Howard's and Mr. Vargo's alleged statements for the truth of the matter asserted.<br>All of his opinions are not rationally based on the witness' perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.<br>Fed. R. Evid. 602, 701, 801(c), 802. | Overruled |
| 14 | 66:13-67:3 | Lack of foundation and question assumes fact not in evidence. Witness has no personal knowledge as to whether Ms. Howard or Mr. Vargo visited the ACO office. In fact, both have stated that they did not visit the ACO office. Fed. R. Evid. 602. | Overruled, but statements of Ms. Howard are not admissible for truth of matter asserted. |

| **Item #** | **Testimony** | **Objection** | **Ruling** |
|---|---|---|---|
| 15 | 87:19-21 | Lack of foundation and assumes facts not in evidence.  Vargo did not "turned down . . . the installation." Fed. R. Evid. 602. | Overruled. |
| 16 | 94:5-14 | Lack of foundation and assumes facts not in evidence. Witness' opinions regarding how a modification shop should typically respond when a DER, FAA or ACO verbally indicates that an installation should not be performed are not rationally based on the witness' perception, and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.  He has no prior experience of a situation such as this. Ms. Howard is not a DER.  She is an Administrative DER, which means she is not actually a DER.  *See* FAA Order 8110.37D, Aug. 10, 2006, http://www.faa.gov/documentLibrary/media/Order/Order%208110.37D.pdf. And there is no evidence FAA and ACO rejected the installation of the LiDAR system. Fed. R. Evid. 602, 701. | Overruled. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 17 | 94:15-95:17 | Lack of foundation and assumes facts not in evidence.<br>Witness' opinions regarding how a modification shop should respond when Mr. Vargo states that the FAA is not going to approve installation of a LiDAR system are not rationally based on the witness' perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks. He has no prior experience of a situation such as this. Mr. Vargo never stated that the FAA would not approve the LiDAR installation.<br>Fed. R. Evid. 602, 701. | Sustained. Lack of foundation (answered generally as what "somebody" would do). |
| 18 | 183:1-184:1 | Hearsay and lack of foundation. Witness offers Ms. Howard's alleged statements for the truth of the matter asserted.<br>All of his opinions are not rationally based on the witness' perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks. He has no experience as a manufacturer.<br>Fed. R. Evid. 602, 701, 801(c), 802. | Overruled. |

**Louis Vargo, April 21, 2011**

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 17:9-18:8 | Lack of foundation. Mr. Vargo's opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.<br>This testimony violates the prohibition against offering opinion testimony under 49 CFR 9.9(c) ("An [FAA] employee shall not testify as an expert or opinion witness with regard to any matter arising out of the employee's official duties or the functions of the Department.").<br>Fed. R. Evid. 602, 701, 801(c), 802. | Overruled |
| 2 | 23:23-27:6 | Lack of foundation, lack of authenticity, hearsay and irrelevant. Witness offers a description of the photographs for the truth of the matters asserted. He fails to provide the foundation sufficient to support a finding that the photographs are what he claims them to be. In fact, he is testifying as to the contents of a photograph he did not create or see in 2009 and only received a week before his April 21, 2011 deposition.<br>Fed. R. Evid. 402, 602, 701, 801(c), 802, 901(a) | Overruled |
| 3 | 28:8-24 | Lack of foundation. Mr. Vargo's opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks. This testimony violates the prohibition against offering opinion testimony under 49CFR 9.9(c). Fed. R. Evid. 602, 701, 801(c), 802. | Lines 8-16: Overruled.<br><br>Lines 17-24: Sustained. Lack of foundation and speculation. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 4 | 39:18-40:4 | Lack of foundation. Mr. Vargo's opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks. This testimony violates the prohibition against offering opinion testimony under 49CFR 9.9(c). Fed. R. Evid. 602, 701, 801(c), 802. | Overruled. |

**Troy Bush, April 21, 2011**

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 35:9-19 | Lack of foundation and hearsay within hearsay.<br>Witness' opinions on the status of the LiDAR installation are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.<br>Witness offers Mr. Hardy's alleged statements recounting what Mr. Vargo allegedly informed Mr. Hardy for the truth of the matter asserted by Mr. Vargo.<br>Fed. R. Evid. 602, 701, 801(c), 802, 805. | Moot. Defendants have withdrawn this designation. |
| 2 | 37:25-38:21 | Lack of foundation, hearsay within hearsay and assumes facts not in evidence.<br>Witness offers Uniflight's representations recounting what a DER informed Uniflight for the truth of the matters allegedly asserted by the DER.<br>Fed. R. Evid. 602, 801(c), 802, 805. | Sustained. Lack of foundation. |
| 3 | 39:17-23 | Lack of foundation, witness lacks personal knowledge to testify as to what others were aware of in November 2009. Fed. R. Evid. 602. | Sustained. Lack of foundation. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 4 | 41:4-10 | Hearsay, witness offers Mr. Hardy's alleged statements for the truth of the matter asserted. Fed. R. Evid. 602, 801(c), 802. | Overruled, but not admissible for truth of matter asserted. |
| 5 | 51:23-52:5 | Lack of foundation and hearsay within hearsay, witness offers Mr. Fielding's alleged statements recounting what U.S. Helicopters informed Mr. Fielding for the truth of the matters allegedly asserted by U.S. Helicopters. Fed. R. Evid. 602, 801(c), 802, 805. | Sustained. Hearsay. |
| 6 | 82:15-21 | Lack of foundation, witness opines as to what Mr. Slade may have understood. Fed. R. Evid. 602. | Sustained. Lack of foundation. Speculation. |
| 7 | 117:4-13 | Lack of foundation and hearsay, witness offers the statements of an unidentified person for the truth of the matters allegedly asserted by this unidentified individual. Fed. R. Evid. 602, 801(c), 802. | Moot. Defendants have withdrawn this designation. |
| 8 | 138:22-143:17 | Lack of foundation and hearsay within hearsay.<br>Witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.<br>Witness offers Mr. Wysong's and Uniflight's alleged statements, including those recounting what office within the FAA allegedly informed them, for the truth of the matters allegedly asserted by an office within the FAA.<br>Fed. R. Evid. 602, 701, 801(c), 802, 805. | Overruled, but not admissible for the truth of third-party information. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 9 | 191:6-23 | Lack of foundation, witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.  Fed. R. Evid. 602, 701. | Overruled. |
| 10 | 201:13-203:8 | Lack of foundation, witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.  Fed. R. Evid. 602, 701. | Overruled. |
| 11 | 207:15-19 | Lack of foundation, witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.  Fed. R. Evid. 602, 701. | Overruled. |

**Stephen Rodney Wysong, April 15, 2011**

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 44:14-45:9 | Lack of foundation and hearsay within hearsay.<br>Witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.<br>Witness offers the FAA's alleged statements for the truth of the matters asserted.<br>Fed. R. Evid. 602, 701, 801(c), 802, 805. | Sustained.  Lack of foundation. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 2 | 63:8-65:8 | Lack of foundation, hearsay and assumes facts not in evidence. Witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks. Witness offers Mr. Livezey's alleged statements, including those recounting his alleged meeting with Mr. Bush, for the truth of the matters asserted.  Mr. Livezey never met with Mr. Bush. Fed. R. Evid. 602, 701, 801(c), 802, 805. | Overruled, but not admissible as to truth of things Mr. Livezey stated. |
| 3 | 69:14-70:1 | Lack of foundation, witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.  Fed. R. Evid. 602, 701. | Overruled. |
| 4 | 73:1-7 | Hearsay, witness offers Mr. Costilla's alleged statements for the truth of the matters asserted.  Fed. R. Evid. 801(c), 802. | Overruled, but not admitted for truth of matters Mr. Costilla stated. |
| 5 | 79:1-10 | Hearsay, witness offers an unidentified FAA representative's alleged statements for the truth of the matters asserted.  Fed. R. Evid. 801(c), 802. | Moot.  Defendants have withdrawn this designation. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 6 | 80:18-81:14 | Lack of foundation and hearsay. Witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.<br>Witness offers Mr. Costilla's alleged statements for the truth of the matters asserted.<br>Fed. R. Evid. 602, 701, 801(c), 802, 805. | 80:18-25: Moot. Withdrawn by defendants.<br><br>81:1-14: Overruled, but not admissible for truth of matter asserted. |

**Jerry Livezey, April 20, 2011**

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 27:13-18 | Lack of foundation, witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.  Fed. R. Evid. 602, 701. | Overruled. |
| 2 | 40:1-5 | Lack of foundation, witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.  Fed. R. Evid. 602, 701. | Overruled. |
| 3 | 42:12-17 | Lack of foundation, witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.  Fed. R. Evid. 602, 701. | Overruled. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 4 | 43:8-25 | Lack of foundation and hearsay. Witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.<br>Witness offers information he discovered on the internet for the truth of the matters asserted.<br>Fed. R. Evid. 602, 701, 801(c), 802. | Overruled, but not admissible as to truth of matters asserted in lines 21-25. |
| 5 | 44:8-22 | Lack of foundation, witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.  Fed. R. Evid. 602, 701. | Overruled. |
| 6 | 45:17-46:1 | Lack of foundation, witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.  Fed. R. Evid. 602, 701. | Overruled. |

**Ann Howard, May 18, 2011 and June 2, 2011**

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 29:21-31:2 | Lack of foundation, witness' opinions are not rationally based on her perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which she lacks.  She has only performed one field approval and it was in 2011, after the events in question.  Fed. R. Evid. 602, 701. | Overruled. |

**Floyd Michael Fielding, March 25, 2011**

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 58:3-9 | Lack of foundation, witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.  Fed. R. Evid. 602, 701. | Overruled. |
| 2 | 87:20-23 | Lack of foundation, witness' opinions are not rationally based on his perception and are based on specialized knowledge within the scope of Fed. R. Evid. 702, for which he lacks.  Fed. R. Evid. 602, 701. | Overruled. |

The Court rules as follows on defendants/counter-plaintiffs' objections [Docket No. 101]:

**Rule 30(b)(6) Deposition of U.S. Helicopter, Inc., Mark Fingerle, April 14, 2011**

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 24:12-17 | Lack of personal knowledge; calls for speculation.  Fed. R. Evid. 602. | Overruled.  Defendants fail to attach sufficient context to rule on the objection. |
| 2 | 37:12-38:3 | Lack of personal knowledge; calls for speculation.  Fed. R. Evid. 602. | Sustained.  Lack of foundation. |

**Troy Bush, April 21, 2011**

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 60:3-10 | Hearsay.  Fed. R. Evid. 802. Assumes facts not in evidence. | Overruled.  Defendants fail to attach sufficient context to rule on the objection. |
| 2 | 86:23-87:6 | Hearsay.  Fed. R. Evid. 802. | Overruled. |
| 3 | 87:10-18 | Hearsay.  Fed. R. Evid. 802. | Overruled. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 4 | 146:19-25 | Lack of personal knowledge; calls for speculation.  Fed. R. Evid. 602. | Sustained. |
| 5 | 147:14-19 | Lack of personal knowledge; calls for speculation.  Fed. R. Evid. 602. | Overruled. |
| 6 | 230:9-18 | Lack of personal knowledge; calls for speculation.  Fed. R. Evid. 602. | Overruled. |
| 7 | 231:5-12 | Lack of personal knowledge; calls for speculation.  Fed. R. Evid. 602. | Sustained. |
| 8 | 231:23-232:9 | Lack of personal knowledge; calls for speculation.  Fed. R. Evid. 602. | Sustained. |
| 9 | 232:17-25 | Lack of personal knowledge; calls for speculation.  Fed. R. Evid. 602. | Sustained. |
| 10 | 234:17-25 | Assumes facts not in evidence.  Fed. R. Evid. 602. | Sustained. Speculation. |

### Floyd Michael Fielding, March 25, 2011

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 141:7-142:9 | Lack of personal knowledge; calls for speculation.  Fed. R. Evid. 602. | Sustained. |

### Donald J. Marsh, March 30, 2011

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | All designated testimony | Donald J. Marsh is a current employee of Leica Geosystems, Inc. Leica Geosystems, Inc. has designated excerpts from the deposition of Donald J. Marsh as well as listed Mr. Marsh as a may call witness.   Plaintiff must either declare Donald J. Marsh unavailable and use deposition designations or withdraw its deposition designations and have him appear as a live witness. *Truckstop.net, L.L.C. v. Sprint Communications Co., L.P.*, 2010 WL 1248254 (D. Idaho 2010). | Sustained. |

DATED May 30, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge