IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01813-PAB-BNB

LEICA GEOSYSTEMS, INC., a Delaware corporation,

    Plaintiff,

v.

L.W.S. LEASING, INC., an Illinois corporation, and
L.W. SURVEY ENGINEERING & DESIGN CO., an Illinois corporation,

    Defendants.

_____

**ORDER**
_____

This matter is before the Court on the Stipulation of Dismissal with Prejudice [Docket No. 109] filed by plaintiff Leica Geosystems, Inc. and defendants L.W.S. Leasing, Inc. and L.W. Survey Engineering and Design Company. The parties to the stipulation state that they have reached a settlement agreement and request that the Court dismiss all claims at issue with prejudice. Docket No. 109 at 1. The parties also request that the Court retain jurisdiction over the case to enforce the settlement agreement. *Id*.

The Court will not retain jurisdiction over the case because the parties fail to indicate extraordinary circumstances necessitating such an approach. *See* Practice Standards (Civil cases), Judge Philip A. Brimmer § I.H.5. Rather, the parties will be able to enforce the settlement agreement by the filing of a new action. Otherwise, pursuant to the Stipulation [Docket No. 109] and Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in this case have been dismissed with prejudice.

DATED June 11, 2012.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge